UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| TIMOTHY LENON, | |
|---|---|
| Movant, | CIVIL ACTION |
| v. | NO. 1:17-CV-4929-CAP |
| UNITES STATES OF AMERICA, | CRIMINAL ACTION |
| | NO. 1:16-CR-299 |
| Respondent. | |

O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 11th day of January, 2018.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge